IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KAY FLEMING                                                                                          PLAINTIFF

v.                                                                       Civil Action No. 1:16-cv-00156-GHD-DAS

JACKSON NATIONAL LIFE INSURANCE COMPANY;
JOHN DOES 1-25
XYZ CORPORATIONS 26-50                                                                          DEFENDANTS

## SUMMARY JUDGMENT

In accordance with the memorandum opinion issued this date, the Court **ORDERS** that:

1. Defendant Jackson National Life Insurance Company's motion for summary judgment is **GRANTED**;

2. Plaintiff's claims against Defendant Jackson National Life Insurance Company are **DISMISSED**; and

3. This case is **CLOSED**.

**SO ORDERED**, this, the 14th day of May, 2018.

_____
SENIOR U.S. DISTRICT JUDGE

1